**Philip D. BROWN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 38919.**

Missouri Court of Appeals,
Western District.

Aug. 4, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 29, 1987.

Application to Transfer Denied
Nov. 17, 1987.

Kathleen Murphy Markie, Office of State Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and BERREY and GAITAN, JJ.

### ORDER

PER CURIAM.

Brown appeals the denial of his Rule 27.26 motion.

The judgment has been affirmed, per curiam, pursuant to Rule 84.16(b).